UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRANDY TRAHAN** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE** |
| **WAL-MART STORES, INC.** | * | |
| **REDDY ICE CORP., AND** | | |
| **BEVERLY RAINWATER** | * | **MAGISTRATE JUDGE** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY**</u>

Wal-Mart Louisiana, LLC (erroneously sued as "Wal-Mart Stores, Inc."), Defendant in the State suit brought by Brandy Trahan, Docket Number 2015-5174 "B" in the Thirty-Sixth Judicial District Court in and for the Parish of Beauregard, State of Louisiana, files this Notice of Removal to remove the case from the Thirty-Sixth Judicial District Court in and for the Parish of Beauregard, State of Louisiana, in which it is now pending, to the United States District Court for the Western District of Louisiana.

I.

This case was commenced in the Thirty-Sixth Judicial District Court in and for the Parish of Beauregard, State of Louisiana, on October 13, 2017 by Brandy Trahan against Wal-Mart Stores, Inc., Reddy Ice Corporation, and Beverly Rainwater. Thereafter, on October 16, 2017, Plaintiff filed a First Supplemental and Amending Petition for Damages naming her husband, Joshua Trahan, as additional plaintiff and further asserting loss of consortium claims on behalf of her three (3) minor children. (Exhibit A—Petition, Citation, and Service Return, *in globo*; Exhibit B—First Supplemental and Amending Petition for Damages).

II.

Process of the original Petition for Damages and the First Supplemental and Amending Petition for Damages was served on Wal-Mart Louisiana, LLC (erroneously sued as "Wal-Mart Stores, Inc.") on October 31, 2017. (Exhibit A—Petition, Citation, and Service Return, *in globo*; Exhibit B—First Supplemental and Amending Petition, for Damages).

III.

Wal-Mart's store manager, Beverly Rainwater, has not joined in this removal.  It is Wal-Mart's position that Plaintiff has not stated a cause of action against Ms. Rainwater and that the sole purpose of her being added as a defendant was to destroy diversity jurisdiction.  Therefore, Defendant, Wal-Mart Louisiana, LLC, alleges that Ms. Rainwater was improperly joined as a defendant in an effort by plaintiff to defeat diversity jurisdiction, and for purposes of this removal, her citizenship is not to be considered. See *Driver v. Wal-Mart Louisiana, LLC*, CIV.A. 09-786, 2009 WL 2913938, at *3 (W.D. La. Sept. 9, 2009); *Powell v. Wal-Mart Louisiana, LLC*, CIV.A 1:08-CV-1689, 2009 WL 2713203, at *3 (W.D. La. Aug. 25, 2009); *Carter v. Wal-Mart Stores Inc.*, CIV.A. 04-0072, 2005 WL 1831092, at *3 (W.D. La. July 28, 2005); *Carino v. Wal-Mart Louisiana, LLC*, CIV.A. 05-1978, 2006 WL 335784, at *3 (W.D. La. Feb. 9, 2006).

IV.

Plaintiff also named Reddy Ice Corporation as a defendant.

V.

Reddy Ice was served with process on October 31, 2017. (Exhibit C—Service Return for Reddy Ice). At the time of filing this Notice of Removal, Reddy Ice had not yet filed its Answer to Petition for Damages and Answer to First Supplemental and Amending Petition for Damages.

VI.

Counsel for Reddy Ice consents to and joins in the removal of this action. (Exhibit D—Reddy Ice Notice of Consent to Removal).

VII.

Plaintiff's action is one of a civil nature in which she seeks to recover from Defendants damages and court costs plus legal interest for injuries she allegedly sustained in a slip and fall accident on October 15, 2016 at the Wal-Mart Store located in Deridder, Louisiana.

VIII.

The said civil action as against the removing Defendant is one in which the District Courts of the United States have original jurisdiction by virtue of the fact that there is diversity of citizenship between the parties and by virtue of the fact that the amount in dispute exceeds the amount of $75,000.00, exclusive of interest and costs.

IX.

Defendant Wal-Mart Louisiana, LLC is a Delaware limited liability company with its principal place of business in Bentonville, Arkansas, and its sole member or owner being Wal-Mart Stores East, LP, a Delaware limited partnership with its principal place of business in Bentonville, Arkansas and which is composed of two partners, namely WSE Management, LLC (GP) and WSE Investment, LLC (LP), both Delaware limited liability companies with their principal place of business in Bentonville, Arkansas, and the sole member of said two limited liability companies is Wal-Mart Stores East, Inc., an Arkansas corporation with its principal place of business in Bentonville, Arkansas. All shares of stock in Wal-Mart Stores East, Inc. are owned by Wal-Mart Stores, Inc., a Delaware corporation with its principal place of business in Bentonville, Arkansas, which is a publicly held company.

X.

Plaintiff is alleging that as a result of her accident at Wal-Mart, she sustained injuries to her right knee and ankle and back. By First Supplemental and Amending Petition for Damages, Plaintiff and her husband, Joshua Trahan, further asserted loss of consortium claims on behalf of Plaintiff's minor children. She further alleged in her original and supplemental Petitions for Damages that the alleged damages are legally sufficient for federal court jurisdiction. (Exhibit A—Petition for Damages; Exhibit B—First Supplemental and Amending Petition for Damages).

XI.

According to Plaintiff's medical records, as a result of her fall at Wal-Mart on October 15, 2017, Plaintiff went to Beauregard Memorial Hospital emergency room where she was diagnosed with a right knee contusion. She then followed up with Dr. Charles McLemore for complaints of numbness and tingling in her right foot, toes, calf, and ankle. Due to worsening numbness in her right leg and foot, Dr. McLemore referred her to Dr. Brian Kelley, neurosurgeon.

XII.

Dr. McLemore sent her for an MRI of her lumbar spine on March 7, 2017, which revealed disc bulging at L1–2 in probable small posterior central disc protrusion at L5 – S1. Plaintiff then underwent physical therapy at Southwest Louisiana Sports and Rehab for a total of 23 sessions. With ongoing right lower extremity radiculopathy, Dr. McLemore's office recommended she continued conservative treatment, started her on gabapentin therapy, and referred her for a right L5 – S1 transforaminal epidural steroid injection. Plaintiff underwent the recommended TESI procedure with Dr. Donald Thomas on June 15, 2017. On August 10, 2017, Dr. Brian Kelly opined that plaintiff would eventually need a lumbar fusion, but due to her young age, he would not recommend surgery at this time. Rather, Dr. Kelley's nonsurgical

recommendation included two to three bilateral TESI's per year, physical therapy one to two times per year, and medication until surgical intervention is required. (Exhibit E—Redacted Medical Records).

XIII.

The medical records attached contain some personal identifiers of Plaintiff.  Therefore, Defendant respectfully requests that this Honorable Court seal Plaintiff's medical records to protect her personal privacy.

XIV.

In addition, Plaintiff's attorney has offered to settle the matter for an amount well in excess of the jurisdictional amount required for diversity jurisdiction and removal to Federal Court. Settlement demands in excess of $75,000 may place a defendant on notice that a suit is removable. (See *Chapman v. Powermatic, Inc*., 969 F.2d 160, 164 (5th cir.1992); *Addo v. Globe Life & Acc. Ins. Co*., 230 F.3d 759 (5th Cir.2000)).

XV.

Plaintiff is claiming damages for past and future medical expenses; past and future physical and mental pain and suffering; loss of earnings and earning capacity; disfigurement; disability; and loss of enjoyment of life. Plaintiff is also claiming future medical bills for a possible future lumbar fusion and/or possible future discectomy. Specifically, she is claiming past lost wages in the amount of $1,138.63, past medical expenses in the amount of $14,740.46, and estimated future medical expenses in the amount of $494,528.20. In addition, plaintiff's husband, Joshua Trahan, and her three minor children have asserted claims for loss of consortium. Therefore, based upon Plaintiff's past medical bills, future medical bills, postoperative care, and general damages for similar injuries, the amount in dispute exceeds

5

$75,000.00. For these reasons, it appears that the amount in controversy exceeds the jurisdictional amount required for a Federal jury trial.

XVI.

At the time of the commencement of this action, and at all times since that time, Plaintiff, Brandy Trahan, her husband, Joshua Trahan, and her three minor children were citizens and residents of and domiciled in the Parish of Beauregard, State of Louisiana, as appears from Plaintiff's Petitions filed in State Court. Defendant, Wal-Mart Louisiana, LLC, was and still is a Delaware limited liability company with its principal place of business in Bentonville, Arkansas, and its sole member or owner being Wal-Mart Stores East, LP, a Delaware limited partnership with its principal place of business in Bentonville, Arkansas and which is composed of two partners, namely WSE Management, LLC (GP) and WSE Investment, LLC (LP), both Delaware limited liability companies with their principal place of business in Bentonville, Arkansas, and the sole member of said two limited liability companies is Wal-Mart Stores East, Inc., an Arkansas corporation with its principal place of business in Bentonville, Arkansas. All shares of stock in Wal-Mart Stores East, Inc. are owned by Wal-Mart Stores, Inc., a Delaware corporation with its principal place of business in Bentonville, Arkansas, which is a publicly held company.

XVII.

At the time of the commencement of this action, and at all times since that time, Defendant, Reddy Ice Corporation, was and still is a corporation organized under the laws of the State of Nevada, with its principal place of business in State of Texas.

XVIII.

Upon the filing of this Notice of Removal and Request for Trial by Jury, written notice thereof is being given to all adverse parties, and a copy of this notice is being filed with the Clerk of Court of the aforesaid State Court to effect the removal of the civil action, all as provided for by law.

XIX.

This cause is specifically removable to this Honorable Court pursuant to law, particularly the provision of 28 U.S.C. § 1441, *et seq*.

XX.

Defendant, Wal-Mart Louisiana, LLC, reserves all rights to object to the jurisdiction of the State Court proceedings should this Court ultimately hold that this action was not removable or improperly removed thereto.

XXI.

Defendant requests a trial by jury on all issues triable by jury.

WHEREFORE, Defendant, Wal-Mart Louisiana, LLC, prays that the aforesaid civil action be removed from the Thirty-Sixth Judicial District Court for the Parish of Beauregard, State of Louisiana, into this Court for trial and determination as provided by law, particularly, 28 U.S.C. § 1441, *et seq*., and thereupon to proceed with said civil action as though originally commenced in this Court and for all orders and decrees as may be necessary or appropriate in such cases made and provided. Defendant further prays for a trial by jury.

Defendant, Wal-Mart Louisiana, LLC, further prays that the medical records attached hereto as Exhibit E be sealed to protect Plaintiff's personal privacy.

Respectfully submitted,

**DAVIDSON, MEAUX, SONNIER,
  McELLIGOTT, FONTENOT,
   GIDEON & EDWARDS, L.L.P.**

*s/Philip A. Fontenot, #16918*
PHILIP A. FONTENOT, #16918
HALLIE P. COREIL, #33784
DAVID J. CALOGERO, #1748
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana  70502-2908
Telephone:   (337) 237-1660
Facsimile:   (337) 237-3676

Attorneys for Wal-Mart Louisiana, LLC

**CERTIFICATE**

I HEREBY CERTIFY that on this 10th day of November, 2017, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and that a copy of this filing has this day been forwarded to all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed.

**DAVIDSON, MEAUX, SONNIER,
  McELLIGOTT, FONTENOT,
   GIDEON & EDWARDS, L.L.P.**
*s/Philip A. Fontenot, #16918*
PHILIP A. FONTENOT, #16918
HALLIE P. COREIL, #33784
DAVID J. CALOGERO, #1748
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana  70502-2908
Telephone:   (337) 237-1660
Facsimile:   (337) 237-3676

Attorneys for Wal-Mart Louisiana, LLC