UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

BRANDY TRAHAN                        CASE NO. 2:17-CV-01478

VERSUS                                 JUDGE CAIN

WAL-MART STORE INC ET AL       MAGISTRATE JUDGE KAY

**JUDGMENT**

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the "Motion for Summary Judgment on Behalf of Wal-Mart" (Doc. #46) is hereby **DENIED**.

**THUS DONE AND SIGNED** in Lake Charles, Louisiana on this 24 day of July, 2019.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

1