## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**BRANDY TRAHAN**                                    **CIVIL ACTION NO.  2:17-CV-01478**

**VERSUS**                                                    **JUDGE JAMES D. CAIN, JR.**

**WAL-MART STORE INC ET AL**                **MAGISTRATE JUDGE KAY**

## 60 DAY JUDGMENT OF DISMISSAL

Upon notice that the above captioned suit has settled,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby

dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to

reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate

judgment of dismissal as soon as the settlement documents are executed.  If no motion is

filed to reopen, the case is officially closed and the Clerk of Court shall be relieved from

the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers, on this 7th day of November, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**