# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **BRANDY TRAHAN** | **CIVIL ACTION NO. 2:17-CV-01478** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WAL-MART STORE INC ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Considering the foregoing Motion for Dismissal with Prejudice [doc #86],

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed with prejudice, with each party to bear its own costs.

**THUS DONE AND SIGNED** in Chambers, on this 3rd day of January, 2020.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE